■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCISCO JAVIER, Appellant. [942 NYS2d 341]—Judgment of resentence, Supreme Court, New York County (Lewis Bart Stone, J.), rendered June 24, 2010, resentencing defendant, as a second felony offender, to a term of nine years, with five years' postrelease supervision, unanimously affirmed.

The resentencing proceeding imposing a term of postrelease supervision was neither barred by double jeopardy nor otherwise unlawful (*see People v Lingle*, 16 NY3d 621 [2011]). Defendant's remaining claim is procedurally barred (*see People v Jordan*, 16 NY3d 845 [2011]; *People v Harper*, 85 AD3d 617 [2011], *lv denied* 17 NY3d 903 [2011]), and is without merit in any event. Concur—Saxe, J.P., Sweeny, Moskowitz, Renwick and Abdus-Salaam, JJ.